UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| DERRICK A. CLARK,<br>Debtor | : BANKRUPTCY NO. 26-11554-amc |
| | : CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION,<br>TRUSTEE FOR PENNSYLVANIA HOUSING<br>FINANCE AGENCY,<br>Movant | : L.B.R. 9014-3 |
| | : **HEARING:**<br>**SEPTEMBER 8, 2026 @ 11:00 A.M.** |
| vs. | : |
| DERRICK A. CLARK and<br>KENNETH E. WEST, Trustee<br>Respondents | : |

**MOTION FOR RELIEF OF STAY**

TO THE HONORABLE ASHELY M. CHAN, U. S. BANKRUPTCY JUDGE:

AND NOW comes Pennsylvania Housing Finance Agency, by its attorneys, Purcell, Krug & Haller, and files this Motion to obtain relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code as follows:

1. That this is a contested matter under Rule 9014 brought pursuant to 11 USC Section 362(d).

2. Movant, U.S. Bank, National Association, Trustee for Pennsylvania Housing Finance Agency, is a corporation with a servicing agent of Pennsylvania Housing Finance Agency with an office located at 211 North Front Street, Harrisburg, Pennsylvania 17101.

3. Respondent, Derrick A. Clark, is an adult individual whose last known address is 2057 Kent Road, Folcroft, PA 19032.

4. Respondent, Kenneth E. West, is the Trustee duly appointed in the above case with a place of business at 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106.

5. On or about June 18, 2010, Debtor executed and delivered a Mortgage Note in the sum of $126,299.00 payable to Aurora Financial Group, Inc., a copy of said Mortgage Note being attached hereto and made a part hereof as Exhibit "A".

6. Contemporaneously with and at the time of the execution of the aforesaid Mortgage Note, in order to secure payment of the same, the Debtor made, executed, and delivered to original Mortgagee, a certain real estate Mortgage which is recorded in the Recorder of Deeds Office of the within County and Commonwealth on June 30, 2010 at Instrument No. 2010036383 conveying to original Mortgagee the subject premises. The Mortgage was subsequently assigned to PENNSYLVANIA HOUSING FINANCE AGENCY by Assignment of Mortgage recorded in the aforesaid County on June 30, 2010 at Instrument No. 2010036384. The Mortgage was further assigned to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY by Assignment of Mortgage recorded in the aforesaid County on May 1, 2013 at Instrument No. 2013027700. The parties entered into a Home Affordable Modification Agreement on September 24, 2018. Said Agreement was recorded in the aforesaid County on August 14, 2019 at Instrument No. 2019045743. The parties entered into another Modification Agreement on July 26, 2023. Said Agreement was recorded in the aforesaid County on September 6, 2023 at Instrument No. 2023031482. The said Mortgage, Assignments and Modification Agreements are incorporated herein by reference.

7. The land subject to the Mortgage is known and numbered as 2057 Kent Road, Folcroft, PA 19032.

8. The balance owed Movant is approximately $250,000.00.

9. Other liens against the property: Mortgage held by The Secretary of Housing & UrbaN Development in the approximate amount of $36,500.00.

10. The value of the real estate is approximately $153,400.00 (per Debtor's Schedules).

11. Debtor has not made any post-petition mortgage payments to Movant since filing bankruptcy on April 14, 2026. Debtor has failed to make four (4) post-petition mortgage payments to Movant in the amount of $2,089.76 each, for a total of $8,359.04.

12. After allowance of exemptions to which Debtor has claimed in the Bankruptcy Petition, the value of the aforesaid property to be sold is grossly insufficient to pay the record liens against the property, as well as costs that could be incurred by the Trustee in selling said property.

13. No equity exists in said property for the benefit of the unsecured creditors.

14. Movant is entitled to relief for cause.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure rights and that such further relief be granted as your Honorable Court deems fair and equitable.

PURCELL, KRUG & HALLER

By:/s/Leon P. Haller

Leon P. Haller
Attorney for Movant
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
Attorney ID #15700
Attorney for Movant
lhaller@pkh.com

Dated: August 6, 2026